**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID SHINER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 13 C 5867 ) (USCA No. 14-2999) |
| BERNARD I. TURNOY, | ) ) |
| Defendant. | ) |

## MEMORANDUM ORDER

In accordance with the Court of Appeals' direction in its Case No. 14-2999, this Court grants summary judgment in favor of defendant Bernard Turnoy and against plaintiff David Shiner. This action is dismissed with prejudice.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 15, 2017